# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| RAYMOND MENDEZ LOPEZ<br>DONNA MARIE LOPEZ | CASE NO. 07-20151 |
| Debtor. | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X**   **A**   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

____   **B**   The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Mountain America Credit Union<br>679 North Redwood Road<br>SLC, UT 84416 | $1305.75 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$1,305.75** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 14th day of January, 2016.

/s/
Steven R. Bailey, Trustee